FILED
JUN - 1 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CAROL HENSON,<br><br>    Petitioner,<br><br>    v.<br><br>DAWN DAVISON, Warden<br><br>    Respondent. | Case No.   CV 10-00183-JFW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: June 1, 2010

_____
John F. Walter
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY